# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mid−America Carpenters Regional Council Pension Fund, et al.

                        Plaintiff,

v.                                     Case No.: 1:24−cv−06428

                                   Honorable Andrea R. Wood

Dock & Door Install, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2025:

    MINUTE entry before the Honorable Jeannice W. Appenteng: Off−the−record ex parte telephone conferences with plaintiffs' counsel and defendants' counsel held 8/4/2025, in furtherance of settlement. The 8/12/2025 settlement conference stands. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.