# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mid–America Carpenters Regional Council
Pension Fund, et al.

Plaintiff,

v.

Case No.:
1:24–cv–06428

Honorable Andrea R.
Wood

Dock & Door Install, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 19, 2025:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 9/19/2025. Parties informed the Court that counsel for the third–party respondent has contacted Plaintiff's counsel and agreed to produce the documents by 10/3/2025. Plaintiff shall advise the Court whether the documents have been received at the status hearing previously set for 10/26/2025 at 10:00 a.m. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.