UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND; MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND; MID-AMERICA CARPENTERS REGIONAL COUNCIL APPRENTICE AND TRAINEE PROGRAM; and MID-AMERICA CARPENTERS REGIONAL COUNCIL SUPPLEMENTAL RETIREMENT FUND, | Case No 1:24-cv-06428 |
| | Judge Andrea R. Wood |
| Plaintiffs, | Magistrate Judge Jeannice W. Appenteng |
| v. | |
| DOCK & DOOR INSTALL, INC., an Illinois corporation and MIDWEST DOCK SOLUTIONS, INC., an Illinois corporation, | |
| Defendants. | |

## PARTIES' JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS

The Parties, jointly, through their undersigned counsel hereby submit this motion to extend the time in which to file dispositive motions. In support hereof, the Parties state:

1.      On October 17, 2025, the Court set the filing date for dispositive motions as January 9, 2026.

2.      The record in this case is voluminous, including thousands of pages of documents, and approximately 18 depositions taken.

3.      In addition to completing discovery, the intervening holidays, and preparing for potential dispositive motions, the parties recently re-engaged on settlement discussions. Counsel for Defendant Midwest Dock Solutions also underwent major surgery in late October, with associated recovery.

4.      Accordingly, while the Parties have continued to work on this matter diligently, they now jointly request a one-week extension of the deadline to file dispositive motions, until January 16, 2026. The parties also request the commensurate Response and Reply briefing deadlines be extended by one week, to February 13, 2026 and March 6, 2026, respectively.

WHEREFORE, the Parties jointly request the Court enter an Order granting the Parties' Joint Motion to extend the dispositive motion briefing schedule as follows: (a) dispositive motions to be filed by January 16, 2026; (b) Response briefs to be filed by February 13, 2026; (c) Reply briefs to be filed by March 6, 2026; and (d) striking the telephonic status hearing currently set for March 5, 2026, and resetting to a date after dispositive motions are fully briefed, based on the Court's schedule and availability.

Respectfully submitted: January 7, 2026.

MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND *et al.*

By:   /s/ Kevin P. McJessy
        One of Their Attorneys

Kevin P. McJessy
McJessy Ching & Thompson, LLC
3759 N. Ravenswood Ave.
Suite 231
Chicago, IL 60613

DOCK & DOOR INSTALL, INC.

By:   /s/ Todd Miller
        One of Its Attorneys

Todd Miller
Kathleen Cahill
Allocco, Miller & Cahill, PC
20 N. Wacker Dr., Ste. 3517
Chicago, IL 60606

MIDWEST DOCK SOLUTIONS, INC.

By:   /s/ Michael F. Hughes
        One of Its Attorneys

Jeffrey A. Risch
Michael F. Hughes
Amundsen Davis, LLC
3815 E. Main St., Suite A-1
St. Charles, IL  60174

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I caused the foregoing ***PARTIES' JOINT MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS*** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.


By: /s/ Michael F. Hughes
        One of Its Attorneys


Jeffrey A. Risch, Esq. (ARDC No.: 6271407)
Michael F. Hughes, Esq. (ARDC No.: 6279175)
AMUNDSEN DAVIS, LLC
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7910 – Telephone
(630) 587-7960 - Facsimile
JRisch@amundsendavislaw.com
MHughes@amundsendavislaw.com
***Attorneys for Defendant, Midwest Dock Solutions, Inc.***