UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND; MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND; MID-AMERICA CARPENTERS REGIONAL COUNCIL APPRENTICE AND TRAINEE PROGRAM; and MID-AMERICA CARPENTERS REGIONAL COUNCIL SUPPLEMENTAL RETIREMENT FUND,<br><br>                            Plaintiffs,<br><br>   v.<br><br>DOCK & DOOR INSTALL, INC., an Illinois corporation and MIDWEST DOCK SOLUTIONS, INC., an Illinois corporation,<br><br>                            Defendants. | Case No 1:24-cv-06428<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Jeannice W. Appenteng |

## DEFENDANT, MIDWEST DOCK SOLUTIONS, INC.'S, UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Defendant, Midwest Dock Solutions, Inc. ("MDS"), through its undersigned counsel hereby submits this motion to extend the time in which to file its response to the motion for summary judgment filed by Plaintiff. In support hereof, MDS states as follows:

1. On January 16, 2026, Plaintiff filed its Motion for Summary Judgement, including its Rule 56.1 Statement of Uncontested Material Facts. Pursuant to this Court's briefing schedule, set on January 12, 2026, Defendants' response briefs and other materials are due on February 13, 2026.

2. The undersigned counsel for MDS recently, at the end of October 2025, underwent surgery to remove his prostate due to prostate cancer. Early last week, on or about

January 24, 2026, counsel for MDS received results from his first post-operation PSA screening. The screening showed that the prostate cancer has persisted despite the surgery.

3.     Since that time, counsel for MDS has been involved in multiple doctor visits and medical testing/scans (including re-take PSA test, PSMA-PET scan, two MRIs, and a full-body bone scan to try to determine the extent of the remaining cancer and whether it has metastasized to the bones. These tests will also determine the course of treatment that will be required, but certain treatments have already begun as of the filing of this motion.

4.     As such, counsel for MDS has been unable to spend the necessary time and focus on preparing MDS's responsive materials to Plaintiff's motion for summary judgement (which contains a Rule 56.1 statement that, itself, is over 100 pages in length, with 125 separate exhibits). This matter has been very discovery intensive, with tens of thousands of pages of documents exchanged and at least 17 depositions having been taken.

5.     Accordingly, MDS respectfully requests an extension of time, for three additional weeks, until March 6, 2026 to file its response to Plaintiff's motion for summary judgment.

6.     The undersigned counsel has reached out to counsel for the other two parties, neither of whom oppose this motion. MDS also requests that responsive briefing for Co-Defendant, Dock & Door Install, Inc., be set for the same date of March 6, 2026, and that the date for Plaintiff's reply brief be extended commensurately, by three weeks.

7.     Additionally, the Parties have continued to converse with respect to potential for settlement of this matter.

WHEREFORE, Defendant MDS requests the Court enter an Order granting this Unopposed Motion to Extend Time to File Response to Motion for Summary Judgment as follows: (a) Defendants' response briefs and associated materials to be filed by March 6, 2026;

(b) Reply brief to be filed by March 27, 2026; and (c) striking the telephonic status hearing currently set for March 12, 2026, and resetting to a date after dispositive motions are fully briefed, based on the Court's schedule and availability.

Respectfully submitted: February 4, 2026.

                                         **MIDWEST DOCK SOLUTIONS, INC.**

                                         By:  /s/ Michael F. Hughes
                                                One of Its Attorneys

Michael F. Hughes, Esq. (ARDC No.: 6279175)
Jeffrey A. Risch, Esq. (ARDC No.: 6271407)
AMUNDSEN DAVIS, LLC
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7910 – Telephone
JRisch@amundsendavislaw.com
MHughes@amundsendavislaw.com
*Attorneys for Defendant, Midwest Dock Solutions, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2026, I caused the foregoing ***DEFENDANT, MIDWEST DOCK SOLUTIONS, INC.'S, UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT*** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

                                                                         By: /s/ Michael F. Hughes
                                                                          One of Its Attorneys

Michael F. Hughes, Esq. (ARDC No.: 6279175)
Jeffrey A. Risch, Esq. (ARDC No.: 6271407)
AMUNDSEN DAVIS, LLC
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7910 – Telephone
JRisch@amundsendavislaw.com
MHughes@amundsendavislaw.com
***Attorneys for Defendant, Midwest Dock Solutions, Inc.***