UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND; MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND; MID-AMERICA CARPENTERS REGIONAL COUNCIL APPRENTICE AND TRAINEE PROGRAM; and MID-AMERICA CARPENTERS REGIONAL COUNCIL SUPPLEMENTAL RETIREMENT FUND,<br><br>                    Plaintiffs,<br><br>  v.<br><br>DOCK & DOOR INSTALL, INC., an Illinois corporation and MIDWEST DOCK SOLUTIONS, INC., an Illinois corporation,<br><br>                    Defendants. | Case No 1:24-cv-06428<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Jeannice W. Appenteng |

## DEFENDANT, MIDWEST DOCK SOLUTIONS, INC.'S, FURTHER UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Defendant, Midwest Dock Solutions, Inc. ("MDS"), through its undersigned counsel hereby submits this unopposed motion to extend time to file a response brief to the motion for summary judgment filed by Plaintiff. In support hereof, MDS states as follows:

1. On January 16, 2026, Plaintiff filed its Motion for Summary Judgement, including its Rule 56.1 Statement of Uncontested Material Facts.

2. As previously reported to the Court, shortly after plaintiff filed its motion, the undersigned counsel for MDS learned that his prostate cancer has persisted despite recent surgery. Based on the ongoing medical testing and doctors visits, MDS was granted an unopposed extension to file its response papers to the motion for summary judgement until March 6, 2026.

3. Since the granting of that extension, counsel for MDS has been involved in further testing, scans and bone biopsies, and doctor's visits, which has continued to take much time and focus away from preparing responsive papers to the motion for summary judgment.

4. Further, counsel for MDS began a certain therapy regimen earlier in February consisting of daily pills and periodic shots. Additionally, based on the results of the various tests and scans, last week, counsel for MDS has also begun an 18-week chemotherapy cycle. The first chemotherapy session resulted in an inability to perform much work through much of this current week. While counsel is hopeful of being able tolerate treatments at intervals, he is also informed by his oncologist that toleration likely will ebb and flow through the course of the chemotherapy.

5. As such, counsel for MDS has presently been unable to spend the necessary time and focus on preparing MDS's responsive materials to Plaintiff's motion for summary judgement (which contains a Rule 56.1 statement that, itself, is over 100 pages in length, with 125 separate exhibits). This matter has been very discovery intensive, with tens of thousands of pages of documents exchanged and at least 17 depositions having been taken.

6. Accordingly, MDS respectfully requests a further extension, of 30 additional days, for Defendants to file their responsive briefing on the motion for summary judgment, until April 6, 2026, with a commensurate extension for Plaintiff to file its reply brief thereafter.

7. The undersigned counsel has reached out to counsel for the Plaintiff, who does not oppose the 30-day extension.

8. Additionally, the Parties have continued to converse with respect to potential for settlement of this matter.

WHEREFORE, Defendant MDS requests the Court enter an Order: (a) granting this Unopposed Motion for Further Extension of Briefing on Motion for Summary Judgment, until

and including April 6, 2026 for Defendants to file Responsive briefs; and (b) granting Plaintiff a commensurate extension to file its reply brief thereafter.

Respectfully submitted: February 26, 2026.

                                           **MIDWEST DOCK SOLUTIONS, INC.**

                                           By:   /s/ Michael F. Hughes
                                                     One of Its Attorneys

Michael F. Hughes, Esq. (ARDC No.: 6279175)
Jeffrey A. Risch, Esq. (ARDC No.: 6271407)
AMUNDSEN DAVIS, LLC
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7910 – Telephone
JRisch@amundsendavislaw.com
MHughes@amundsendavislaw.com
*Attorneys for Defendant, Midwest Dock Solutions, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2026, I caused the foregoing ***DEFENDANT, MIDWEST DOCK SOLUTIONS, INC.'S, FURTHER UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT*** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

                                                        By: /s/ Michael F. Hughes
                                                                          One of Its Attorneys

Michael F. Hughes, Esq. (ARDC No.: 6279175)
Jeffrey A. Risch, Esq. (ARDC No.: 6271407)
AMUNDSEN DAVIS, LLC
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7910 – Telephone
JRisch@amundsendavislaw.com
MHughes@amundsendavislaw.com
***Attorneys for Defendant, Midwest Dock Solutions, Inc.***