**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MID-AMERICA CARPENTERS REGIONAL
COUNCIL PENSION FUND; MID-AMERICA
CARPENTERS REGIONAL COUNCIL HEALTH
FUND; MID-AMERICA CARPENTERS
REGIONAL COUNCIL APPRENTICE AND
TRAINEE PROGRAM; and MID-AMERICA
CARPENTERS REGIONAL COUNCIL
SUPPLEMENTAL RETIREMENT FUND,

Case No 1:24-cv-06428

Judge Andrea R. Wood

          Plaintiffs,

Magistrate Judge Jeannice
W. Appenteng

     v.

DOCK & DOOR INSTALL, INC., an Illinois
corporation and MIDWEST DOCK SOLUTIONS,
INC., an Illinois corporation,

          Defendants.

**DEFENDANT, MIDWEST DOCK SOLUTIONS, INC.'S, ADDITIONAL UNOPPOSED**
**MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY**
**JUDGMENT**

Defendant, Midwest Dock Solutions, Inc. ("MDS"), through its undersigned counsel

hereby submits this unopposed motion to extend time to file a response brief to the motion for

summary judgment filed by Plaintiff. In support hereof, MDS states as follows:

1. On January 16, 2026, Plaintiff filed its Motion for Summary Judgement, including

its Rule 56.1 Statement of Uncontested Material Facts.

2. As previously reported to the Court, shortly after plaintiff filed its motion, the

undersigned counsel for MDS learned that his prostate cancer has persisted despite recent

surgery. Based on the ongoing medical testing and doctors visits, MDS was granted an

unopposed extension to file its response papers to the motion for summary judgement until

March 6, 2026, which the Court further extended, upon a further unopposed motion, to April 6,

2026, due to plaintiff's counsel's limited ability to prepare responsive papers in light of the various medical testing, doctors' visits, and the start of his course of treatments.

3.      Since the granting of the extension to April 6th, counsel for MDS has continued his treatments, but had an adverse reaction during his most-recent chemotherapy session, which thereafter caused a prolonged period of inability to adequately prepare responsive papers.

4.      Now, in advance of his treatment session scheduled for April 3, the doctors have prescribed advance medication to help prevent the same adverse reaction during treatment.  This advance medication has the effect causing drowsiness and fatigue, and will need to be taken for several days post-treatment as well.

5.      The undersigned counsel is loathe to make this request, as the Court has already granted the above extensions, and would not do so if not necessary, especially in light of the voluminous record and exhibits involved in this case on summary judgement.

6.      Accordingly, MDS respectfully requests a further extension, until April 17, 2026, for Defendants to file their responsive briefing on the motion for summary judgment, with a commensurate extension for Plaintiff to file its reply brief thereafter.  The extension will allow time to recover from any immediate effects of chemotherapy and the associated pre- and post-treatment medications, to them finalize the responsive papers and exhibits and allow for client review before filing.

7.      The undersigned counsel has reached out to counsel for the parties, who do not oppose this extension, and who the undersigned commends for their continued personal and professional courtesy in this situation.

WHEREFORE, Defendant MDS requests the Court enter an Order: (a) granting this Unopposed Motion for Further Extension of Briefing on Motion for Summary Judgment, until

and including April 17, 2026 for Defendants to file Responsive briefs; and (b) granting Plaintiff a

commensurate extension to file its reply brief thereafter.

Respectfully submitted: April 2, 2026.

**MIDWEST DOCK SOLUTIONS, INC.**

By:   /s/ Michael F. Hughes

        One of Its Attorneys

Michael F. Hughes, Esq. (ARDC No.: 6279175)
Jeffrey A. Risch, Esq. (ARDC No.: 6271407)
AMUNDSEN DAVIS, LLC
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7910 – Telephone
JRisch@amundsendavislaw.com
MHughes@amundsendavislaw.com
***Attorneys for Defendant, Midwest Dock Solutions, Inc.***

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 2, 2026, I caused the foregoing ***DEFENDANT, MIDWEST DOCK SOLUTIONS, INC.'S, ADDITIONAL UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT*** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

By: /s/ Michael F. Hughes

One of Its Attorneys

Michael F. Hughes, Esq. (ARDC No.: 6279175)
Jeffrey A. Risch, Esq. (ARDC No.: 6271407)
AMUNDSEN DAVIS, LLC
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7910 – Telephone
JRisch@amundsendavislaw.com
MHughes@amundsendavislaw.com
***Attorneys for Defendant, Midwest Dock Solutions, Inc.***