**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MID-AMERICA CARPENTERS REGIONAL
COUNCIL PENSION FUND; MID-AMERICA
CARPENTERS REGIONAL COUNCIL HEALTH
FUND; MID-AMERICA CARPENTERS
REGIONAL COUNCIL APPRENTICE AND
TRAINEE PROGRAM; and MID-AMERICA
CARPENTERS REGIONAL COUNCIL
SUPPLEMENTAL RETIREMENT FUND,

        Plaintiffs,

   v.

DOCK & DOOR INSTALL, INC., an Illinois
corporation and MIDWEST DOCK SOLUTIONS,
INC., an Illinois corporation,

        Defendants.

Case No 1:24-cv-06428

Judge Andrea R. Wood

   Magistrate Judge Jeannice
W. Appenteng

## DEFENDANT, MIDWEST DOCK SOLUTIONS, INC.'S, LOCAL RULE 56.1(b)(2) STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, Midwest Dock Solutions, Inc. ("MDS"), through its undersigned counsel hereby submits its Local Rule 56.1(b)(2) Statement of Additional Material Facts in Opposition to Plaintiff's Motion for Partial Summary Judgement:

**AMF 1:** Tony Zarlengo ("Zarlengo") did not speak with Quentin Williams on the phone at any time prior to Wiliams' hiring by Dock & Door Install, Inc. ("D&D"), nor did Zarlengo interview Williams or participate in his hiring by D&D in any way.

*Citation*: EX 126 (Declaration of Anthony Zarlengo ("Zarlengo Decl")) ¶4.

**AMF 2:** Since its inception, MDS's business has constituted "service" and "retrofit" work on overhead doors, door operators, dock levelers and associated items.

*Citation*: EX 126 (Zarlengo Decl) ¶5.

**AMF 3:** Zarlengo's Declaration contains a comprehensive list of typical job duties for MDS technicians, as follows:

MDS's technicians travel to customer locations—generally several each day—and perform any or all of the following tasks, depending on what the customer needs and what prompted the service call: assessing damaged and/or malfunctioning items to determine whether they should be repaired or replaced; assessing the associated surrounding infrastructure to determine if wall, floor or support components, need to be repaired or modified as part of the service or retrofit needed; performing short-term repairs to render the area safe for individuals and/or to secure the building against the elements or outside individuals; assess parts or other materials needed for repair and retrofit work and report same to MDS for purposes of preparing a quote to the customer; communicating with the customer regarding options for repair and replacement and the benefits and costs of each; dismantling or cutting out old or damaged components associated with overhead doors, dock levelers, tracking, surrounding infrastructure, etc., frequently using acetylene torches, angle grinders, or other cutting tools; troubleshooting malfunctioning dock and door components; repairing or replacing electrical wiring, conduit and other electrical components; dismantling damaged, malfunctioning, or outdated docks, overhead doors, or components thereof; rebuilding or repair of wall or floor infrastructure components in order for replacement or retrofit docks or doors to be installed; and installation of replacement docks, door panels, overhead doors, operators, tracking, and/or associated components thereof.

*Citation*:   EX 126 (Zarlengo Decl) ¶6.

**AMF 4:**  As part of their service work, MDS technicians also perform periodic inspections and preventive maintenance for customers who hire MDS for those services.

*Citation*:   EX 126 (Zarlengo Decl) ¶7.

**AMF 5:**  MDS mainly engages in the service and retrofit work described in **AMF 3** for end users, as opposed to a general contractor.

*Citation*:   EX 126 (Zarlengo Decl) ¶8.

**AMF 6:**  MDS technicians come to the MDS warehouse/shop frequently in order to replenish supplies and materials that they need to have on their trucks, because it often is not clear what any day's repair and service calls may entail.

*Citation*:   EX 126 (Zarlengo Decl) ¶9.

**AMF 7:**  The vehicles MDS technicians utilize are fitted with the equipment (including torches), and tools they need for their retrofit work.

*Citation*:   EX 126 (Zarlengo Decl) ¶10.

2

**AMF 8:** In general, MDS does not perform the installation of overhead doors, dock levelers, or associated components on new construction of warehouses or distributions centers (referred to herein as "logistics buildings").

*Citation*: EX 126 (Zarlengo Decl) ¶11.

**AMF 9:** MDS fully complied with the terms of the one-jobsite agreement it signed with the Carpenters union for the Winpak Job, including making contributions to the Plaintiff Funds for the work MDS employees performed on the Winpak Job.

*Citation*: EX 126 (Zarlengo Decl) ¶12.

**AMF 10:** MDS offers healthcare and retirement benefits to the MDS employees, including its technicians.

*Citation*: EX 126 (Zarlengo Decl) ¶13.

**AMF 11:** Whenever MDS is awarded a bid for the installation of dock levelers and/or doors at a logistics building, it subcontracts the work to D&D—regardless if that awarded contract requires union labor or not.

*Citation*: EX 126 (Zarlengo Decl) ¶¶16-17.

**AMF 12:** MDS was awarded a contract by ARCO/Murray for provision of dock and/or overhead door installation at a logistics building project known as *C555-Crow Hodings Joliet Truck Terminal* and the contract did not call for or require use of union labor. MDS subcontracted the installation work associated with that contract to D&D, who performed the work with D&D union employees.

*Citation*: EX 126 (Zarlengo Decl) ¶18 & **Exhibit A** thereto (Contract for C555-Crow Hodings Joliet Truck Terminal).

**AMF 13:** MDS was awarded a contract by ARCO/Murray for provision of dock and/or overhead door installation at a logistics building project known as *C686- Bridge Elk Grove Village* and the contract did not call for or require use of union labor. MDS subcontracted the installation work associated with that contract to D&D, who performed the work with D&D union employees

*Citation*: EX 126 (Zarlengo Decl) ¶19 & **Exhibit B** thereto (C686- Bridge Elk Grove Village Contract).

**AMF 14:** On logistics building projects, MDS is the up-level subcontractor to D&D that bids the jobs by factoring in costs of materials (docks levelers, doors, operators, and associated components), its own overhead and profit, and the hourly price D&D has quoted MDS for installation labor.

*Citation*: EX 126 (Zarlengo Decl) ¶20.

3

**AMF 15:** MDS's role as the up-level contractor (who is contracted directly with the general contractor) to D&D is not only to bid the jobs, but also to price out, order and purchase the dock and door equipment and materials. That is the part of the contract with the general contractors that MDS performs and does not subcontract to D&D.

*Citation*: EX 126 (Zarlengo Decl) ¶21.

**AMF 16:** MDS, and its sales personnel are able to leverage their relationships with the dock and door vendors with whom it has established relationships, so MDS sources the materials and equipment needed, but subcontracts the actual installation.

*Citation*: EX 126 (Zarlengo Decl) ¶22.

**AMF 17:** D&D employees come to the MDS office/shop infrequently because all materials for their jobs typically are delivered from the manufacturer directly to the jobsite. That includes doors, docks, anchors, and all other hardware necessary for the installation

*Citation*: EX 126 (Zarlengo Decl) ¶23.

**AMF 18:** While D&D employees utilize trucks owned by MDS, those trucks are not used interchangeably or shared between MDS and D&D because individuals assigned trucks generally take them home overnight, and the MDS and D&D trucks are outfitted differently because of the different type of work done by the two companies

*Citation*: EX 126 (Zarlengo Decl) ¶24.

Respectfully submitted: April 17, 2026.

**MIDWEST DOCK SOLUTIONS, INC.**

By: _ /s/ Michael F. Hughes_____
One of Its Attorneys

Michael F. Hughes, Esq. (ARDC No.: 6279175)
Jeffrey A. Risch, Esq. (ARDC No.: 6271407)
AMUNDSEN DAVIS, LLC
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7910 – Telephone
JRisch@amundsendavislaw.com
MHughes@amundsendavislaw.com
*Attorneys for Defendant, Midwest Dock Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 17, 2026, I caused the foregoing ***DEFENDANT, MIDWEST DOCK SOLUTIONS, INC.'S, LOCAL RULE 56.1(b)(2) STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT*** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

By: <u>/s/ Michael F. Hughes</u>
One of Its Attorneys

Michael F. Hughes, Esq. (ARDC No.: 6279175)
Jeffrey A. Risch, Esq. (ARDC No.: 6271407)
AMUNDSEN DAVIS, LLC
3815 E. Main Street, Suite A-1
St. Charles, IL 60174
(630) 587-7910 – Telephone
JRisch@amundsendavislaw.com
MHughes@amundsendavislaw.com
***Attorneys for Defendant, Midwest Dock Solutions, Inc.***

5