**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MID-AMERICA CARPENTERS REGIONAL
COUNCIL PENSION FUND; *et al.*

      Plaintiffs,

 v.

DOCK & DOOR INSTALL, INC., an Illinois
corporation and MIDWEST DOCK
SOLUTIONS, INC., an Illinois corporation,

      Defendants.

Case No 1:24-cv-06428

Judge Andrea R. Wood

Magistrate Judge Jeannice W. Appenteng

**DEFENDANT DOCK & DOOR INSTALL, INC.'S JOINDER IN CO-DEFENDANT
MIDWEST DOCK SOLUTIONS, INC.'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant Dock & Door Install, Inc. ("D&D"), by and through its attorneys, respectfully submits

this Joinder in Co-Defendant Midwest Dock Solutions, Inc.'s ("MWD") Response in Opposition

to Plaintiff's Motion for Summary Judgment and states as follows:

1. Defendant D&D hereby adopts and incorporates by reference Co-Defendant MWD's

   Memorandum in Opposition to Plaintiff's Motion for Summary Judgment (Dkt. No. 61),

   because all of Co-Defendant's arguments apply equally to Defendant D&D.

2. The adopted arguments include, without limitation, Co-Defendant MWD's contentions

   that:

   (a) Plaintiff has failed to establish successor or alter-ego liability;

   (b) Genuine issues of material fact preclude summary judgment; and

   (c) Plaintiff is not entitled to judgment as a matter of law.

3. Defendant D&D joins those arguments because the material facts and legal issues relevant to those sections are substantially identical as applied to Defendant D&D.

4. Defendant D&D does not submit separate arguments because there are no issues unique to Defendant D&D.

5. Defendant D&D has filed contemporaneously herewith its:

   o Response to Plaintiff's Rule 56.1(a) Statement of Material Facts as required by Local Rule 56.1.

For the foregoing reasons, and those set forth in Co-Defendant MWD's memorandum, Plaintiff's Motion for Summary Judgment should be denied as to Defendant D&D.

DOCK & DOOR INSTALL, INC.

/s/ *Todd A. Miller*
One of Defendant's Attorneys

April 19, 2025

Todd A. Miller (#6216561)
Kathleen M. Cahill (#6269486)
ALLOCCO, MILLER & CAHILL, P.C.
*Counsel for Defendant, Dock & Door*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
(312) 675-4325 TEL
(312) 675-4326 FAX
tam@alloccomiller.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 19, 2026, **DEFENDANT DOCK & DOOR INSTALL, INC.'S JOINDER IN CO-DEFENDANT MIDWEST DOCK SOLUTIONS, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

By: /s/ Todd A. Miller
One of Defendant's Attorneys

Todd A. Miller Esq. (ARDC No.: 6216561)
ALLOCCO, MILLER & CAHILL, PC
20 N. Wacker Drive,
Suite 3517
Chicago, IL 60606
(312) 675-4325 – Telephone
tam@alloccomiller.com
*Attorneys for Defendant Dock & Door Install, Inc.*

3